IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT NOBLE                          :          CIVIL ACTION
                                      :
        v.                            :          No. 05-4955
                                      :
JAMES GRACE, et al.                   :


**ORDER**

AND NOW, this 16th day of February, 2006, the Report and Recommendation of United States Magistrate Judge Charles B. Smith is APPROVED and ADOPTED,[1] the Petition for Writ of Habeas Corpus (Document 1) is DISMISSED, and there is no basis for the issuance of a certificate of appealability.  This case should be CLOSED for statistical purposes.


                                      BY THE COURT:


                                          /s/  Juan R. Sánchez
                                           Juan R. Sánchez, J.

---

[1]Petitioner did not file objections to the Report and Recommendation.